# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D17-4178

—————————————————

CALVIN D. BURNS,

Appellant,

v.

STATE OF FLORIDA

Appellee.

—————————————————

On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.

August 16, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROBERTS, and KELSEY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Andy Thomas, Public Defender, Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellee.